## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br>v.<br><br>TELESFORO CANDIDO BRAVO-VARGAS (1),<br>JAMEE DENIS SHORTER (2),<br>BRIAN RONALD TOWERY (3),<br><br>                               Defendants. | Case No.: 24-cr-0270-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On February 27, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for March 1, 2024 to March 29, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 47] and sets the Motion Hearing/Trial Setting on March 29, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

Further, on February 16, 2024, Defendant Brian Ronald Towery filed a pretrial motion that remains pending. Accordingly, the Court finds that time from February 16, 2024 to March 29, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the Co-Defendants. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 2/23/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE