UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>TELESFORO CANDIDO BRAVO-VARGAS,<br><br>                              Defendant. | Case No.: 24-cr-0270-JO<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO PROCEED WITH SENTENCING WITHOUT A PRESENTENCE REPORT |

On March 5, 2024, the parties filed a joint motion to waive the preparation of a presence report ("PSR") and waive the preparation of a criminal history report ("CHR") in this case and to proceed with sentencing with a RAP sheet. (Dkt. 58.) For good cause shown and based on the joint motion, the Court GRANTS the joint motion to waive the PSR and CHR and proceed with sentencing with a RAP sheet. *See United States v. Shehadeh*, 962 F.3d 1096, 1102 (9th Cir. 2020) (Holding that a defendant may waive his right to the preparation of a presentence report under Fed. R. Crim. P. 32.). Accordingly, the sentencing with a PSR hearing set for June 7, 2024 is VACATED and a sentencing without a PSR is set for March 22, 2024 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 3/11/24

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

24-cr-0270-JO